Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
28, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed July 28, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-000602-CV

____________

 

IN RE MOHAMMED DEHGHANI, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On July 15, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.   Relator seeks an
out of time appeal.

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed July 28, 2005.

Panel consists of
Justices Edelman, Seymore, and Guzman.